■ In the Matter of DELORES COSBY, Appellant, v MORRIS AARONS, as Conservator on Behalf of HARRY DE ALLFORDII, Respondent.—Orders, Family Court of the State of New York, New York County, entered on or about December 4, 1986, and on or about February 25, 1987, respectively (Sheldon Rand, J.),

unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw is granted. No opinion. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Smith, JJ.